# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3349

_____

James Edward Banks

*Plaintiff - Appellant*

v.

Iowa Department of Human Services; Jerry Foxhoven, Director of Iowa
Department of Human Services, in his Official and individual capacity; Carrie
Lair, In her official and individual capacity; Anne Schlepphorst, In her official and
individual capacity; Amanda Duncan, In her official and individual capacity;
Treasa Dalton, In her official and individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: July 29, 2019
Filed: August 9, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

James Banks appeals following the district court's[1] dismissal of his pro se civil action. After careful review of the record and the parties' arguments on appeal, we conclude that dismissal was proper for the reasons stated by the district court. To the extent that Banks argues that the Iowa Department of Human Services and its agents made false statements that led to his arrest, this claim was not properly presented to the district court. *See United States v. McDaniel*, 844 F.2d 536, 537 (8th Cir. 1988). Having found no basis for reversal, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.